IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. _____

In re Application of

LINDA FISCHER

           Applicant,

To Issue a Subpoena for the Taking of a
Deposition and The Production of Documents.

### *EX PARTE* APPLICATION FOR JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

    Based upon the concurrently filed Memorandum of Law, Declarations of Reed Brodsky, Linda Fischer, and Martin Kenney, and supporting documents, Linda Fischer respectfully applies to this Court for an *ex parte* Order, pursuant to 28 U.S.C. § 1782 and Federal Rules of Civil Procedure 26, 30, and 45, granting her leave to serve the Estate of Michael D. Fischer, Svetlana Astafurova, XL Funding, Inc., and Blackstone Equities, LLC with subpoenas in substantially the same form as those attached as Exhibits 1–7 to the Declaration of Reed Brodsky for the production of documents and deposition testimony for use in a British Virgin Islands proceeding.

    As set forth in the accompanying memorandum of law, Ms. Fischer's application meets the four statutory requirements of Section 1782. Ms. Fischer as a prospective plaintiff seeks documents and testimony from individuals or entities that "reside[]" or are "found in" this judicial district for use in impending BVI litigation. *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004). Similarly, each of the four factors that the Supreme Court established to guide this Court's discretion in permitting discovery pursuant to Section 1782 also weigh in favor of

awarding discovery.  *First*, the respondents are not parties to the BVI lawsuit.  *Second*, courts in the BVI are receptive to information obtained through Section 1782.  *Third*, the discovery here does not seek to circumvent any proof-gathering restrictions in the BVI.  *Fourth*, the discovery requested is not unduly burdensome, does not seek privileged information, and is limited to specific topics relevant to Linda's claims for relief in the BVI.

Ms. Fischer therefore respectfully requests that this Court enter an Order granting Ms. Fischer's *ex parte* application.

Dated:   February 9, 2021

Respectfully submitted,

*/s/*     Reed Brodsky
_____

GIBSON, DUNN & CRUTCHER LLP
Reed Brodsky (*pro hac vice* forthcoming)
Lee R. Crain (*pro hac vice* forthcoming)
Rebecca Rubin (*pro hac vice* forthcoming)
200 Park Avenue, 47th Floor
New York, NY 10166-0193
Telephone: (212) 351-3883
Facsimile:  (212) 351-5303

*/s/*     Daniel Rashbaum
_____

MARCUS NEIMAN RASHBAUM
& PINEIRO LLP
Daniel Rashbaum
Florida Bar No. 75084
drashbaum@mnrlawfirm.com
Michael Pineiro
Florida Bar No. 41897
mpineiro@mnrlawfirm.com
Jason Mays
Florida Bar No. 106495
jmays@mnrlawfirm.com
2 S. Biscayne Blvd., Suite 1750
Miami, FL 33131
Telephone: (305) 400-4260

*Counsel for Petitioner LINDA FISCHER*

2