IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

In re Application of

LINDA FISCHER

              Applicant,

To Issue a Subpoena for the Taking of a Deposition and The Production of Documents.

## DECLARATION OF REED BRODSKY IN SUPPORT OF LINDA FISCHER'S APPLICATION FOR JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

I, Reed Brodsky, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and am admitted to practice law in the State of New York and the U.S. District Court for the Southern District of New York, and my application for admittance by means of *Pro Hac Vice* in the Southern District of Florida is forthcoming. My firm represents Linda Fischer (the "Petitioner"). I make this declaration in support of Petitioners' application for Judicial Assistance to Obtain Evidence for use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 (the "Application"). I am over the age of eighteen years and am not a party to this action.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a subpoena for deposition for Svetlana Astafurova dated February 8, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a subpoena to produce documents for Svetlana Astafurova dated February 8, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a subpoena to produce documents for the Estate of Michael Fischer dated February 8, 2021.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a subpoena for deposition for XL Funding Inc. dated February 8, 2021.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a subpoena to produce documents for XL Funding Inc. dated February 8, 2021.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a subpoena for deposition for Blackstone Equities, LLC dated February 8, 2021.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a subpoena to produce documents for Blackstone Equities, LLC dated February 8, 2021.

9. Attached hereto as **Exhibit 8** is a true and correct copy of XL Funding, Inc.'s Certificate of Interested Persons and Corporate Disclosure Statement as filed in *XL Funding, Inc. v. Griggs*, Case No. 20-24782-CV-ALTONAGA/Torres (S.D. Fla. Nov. 30, 2020).

10. The discovery sought in Ms. Fischer's application is from two Florida domiciles, the Estate of Michael Fischer and Svetlana Astafurova (both Mr. Fischer and Ms. Astafurova lived or live at 7980 Biscayne Point Circle, Miami Beach, FL, 33141) as well as two Florida companies, XL Funding, LLC, and Blackstone Equities, LLC.

11. Attached hereto as **Exhibit 9** is true and correct copy of proof of a public record reflecting Svetlana Astafurova's Miami address obtained from the State of Florida Department of Highway Safety and Motor Vehicles on January 7, 2021.

12. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of a background report from TransUnion's TLO service reflecting known addresses of Michael Fischer run on or about December 14, 2020.

13. Attached hereto as **Exhibit 11** is a true and correct copy of XL Funding, Inc.'s 2020 Foreign Profit Corporation Annual Report, filed August 24, 2020.

14. Attached hereto as **Exhibit 12** is a true and correct copy of an article from the South Florida Business Journal entitled "Miami Beach's Blackstone Apartments get $10M refinancing" dated September 1, 2011, available at: https://www.bizjournals.com/southflorida/news/2011/09/01/10-m-refi-for-blackstones-miami.html.

15. Attached hereto as **Exhibit 13** is a true and correct copy of Blackstone Equities LLC filing information.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2021
New York, New York

_____
Reed Brodsky

3