# EXHIBIT 9

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Retrieved On: Thu January 07, 2021

## License Information

**SVETLANA B ASTAFUROVA**

Date of Birth: 06/11/1972
Height: 5' 6"  Sex: F  Race: Caucasian

**RESIDENTIAL ADDRESS**
7980 BISCAYNE POINT CIR
MIAMI BEACH, FL 33141
MIAMI-DADE COUNTY

**MAILING ADDRESS**
7980 BISCAYNE POINT CIR
MIAMI BEACH, FL 33141
MIAMI-DADE COUNTY

Current Lic. Type: Class E

**DL#:** A231782727110
**Status:** Valid

**Current Issue Date:** 03/21/2014
**Original Issue Date:** 08/19/1999
**Expiration Date:** 06/11/2022

## Restrictions

- A Corrective Lenses

## Driving Exams

**Vision Exam:** 1 Attempt Pass (04/16/2008)
**Road Sign Exam:** 1 Attempt Pass (08/19/1999)
**Road Rules Exam:** 1 Attempt Pass (08/19/1999)

**Driving Exam:** 1 Attempt Pass (08/19/1999)
**Motorcycle Rules Exam:** 0 Attempts
**Motorcycle Skill Exam:** 0 Attempts

- As of January 07, 2021 at 1:39:30 PM, Driver Privilege A231-782-72-711-0 is VALID. Personal Information Is Protected Pursuant To The Driver Privacy Protection Act. Entries Below Are A Complete Record.
- Any non-commercial motor vehicles with Gross Vehicle Weight Rating less than 26,001 pounds, or any RV.
- Safe Driver
- Immigrant
- Blocked Personal Information
- Blocked for Mailing List
- Person has a Digital Image
- Eligible to elect driver school. Driver has made 1 elections. Last election was on 11-07-2006. Violations committed while a CDL Holder or in a CMV vehicle are not eligible for driving school election.

## Endorsements

None.

## Issuances

- (11/21/2011) Class E CDR/CDT Clearance Issued
- (12/18/2018) Class E Replacement Issued

## Events

| | | |
|---|---|---|
| 10/22/2006 | VIOLATION<br>CONV. DATE: 11/07/2006<br>UNLAWFUL SPEED<br>SPEEDING 52 IN A 30 ZONE<br>ADJUDICATION WITHHELD - CLERK SCHOOL ELECTION<br>STATE POINTS 0<br>ADDED TO RECORD 11/20/2006<br>CMV? NO<br>SCHOOL ELECTED? YES | Location: MIAMI-DADE<br>Court: COUNTY<br>Ticket#: 8975COH |

-END OF RECORD-