# EXHIBIT 10

Case 1:21-mc-20544-RNS   Document 1-11   Entered on FLSD Docket 02/09/2021   Page 1 of 3

# Table of Contents

Subject Information ............................................................................................................................ 2

Potential Subject Photos (None Found) ........................................................................................... 2

Possible Criminal Records (4 Found) ............................................................................................... 2

Possible Employers (1 Found) .......................................................................................................... 4

Address Summary (11 Found) .......................................................................................................... 4

Address Details (11 Found) .............................................................................................................. 5

Cities History (7 Found) .................................................................................................................... 6

Counties History (6 Found) ............................................................................................................... 6

Driver's License Information (2 Found) ............................................................................................. 6

Utilities (1 Found) .............................................................................................................................. 7

Professional Affiliations (None Found) ............................................................................................. 7

Professional Licenses (None Found) ................................................................................................ 7

Bankruptcy Records (None Found) .................................................................................................. 7

Liens (4 Found) ................................................................................................................................. 7

Judgments (None Found) ................................................................................................................. 8

Current Property Deeds (None Found) ............................................................................................. 8

Past Property Deeds (None Found) .................................................................................................. 8

Property Foreclosures (None Found) ............................................................................................... 8

Property Assessments (None Found) ............................................................................................... 8

Evictions (None Found) .................................................................................................................... 8

Current Vehicle Information (None Found) ....................................................................................... 8

Past Vehicle Information (2 Found) .................................................................................................. 8

FL Accidents (None Found) ............................................................................................................ 12

Global Watch Lists (None Found) ................................................................................................... 12

US Business Affiliations (None Found) ........................................................................................... 12

UCC Filings (None Found) .............................................................................................................. 12

US Corporate Affiliations (None Found) ......................................................................................... 12

Aircraft Records (None Found) ....................................................................................................... 12

Pilot Licenses (None Found) ........................................................................................................... 12

Voter Registrations (None Found) .................................................................................................. 12

Hunting Permits (None Found) ....................................................................................................... 12

Weapon Permits (None Found) ...................................................................................................... 13

Possible Relatives - Summary (55 Found) ..................................................................................... 13

Likely Associates - Summary (16 Found) ....................................................................................... 14

Possible Associates - Summary (24 Found) ................................................................................... 14

Neighbor Phones (20 Found) .......................................................................................................... 15

5825 COLLINS AVE, MIAMI BEACH, FL 33140-2216 (MIAMI-DADE COUNTY) (03/14/2016 to 03/14/2016)
5825 COLLINS AVE APT 3G, MIAMI BEACH, FL 33140-2202 (MIAMI-DADE COUNTY) (11/01/2010 to 01/10/2011)
300 E 57TH ST APT 7B, NEW YORK, NY 10022-2929 (NEW YORK COUNTY) (07/01/2005 to 08/22/2005)
2 WENDOVER RD, FOREST HILLS, NY 11375-6060 (QUEENS COUNTY) (06/01/2000 to 11/05/2003)
180 MIDDLEBROOK FARM RD, WILTON, CT 06897-2018 (FAIRFIELD COUNTY) (06/01/2000 to 07/08/2003)
74 MATHER ST, WILTON, CT 06897-5011 (FAIRFIELD COUNTY) (07/01/1999 to 01/23/2003)
65 DRUM HILL RD, WILTON, CT 06897-2412 (FAIRFIELD COUNTY) (05/1999 to 01/23/2003)
135 HICKS LN, GREAT NECK, NY 11024-2104 (NASSAU COUNTY) (02/1994 to 01/23/2003)
PO BOX 82266, SAN DIEGO, CA 92138-2188 (SAN DIEGO COUNTY) (11/2000 to 06/2002)

## Address Details (11 Found)

 **7980 BISCAYNE POINT CIR, MIAMI BEACH FL 33141-1702 (MIAMI-DADE COUNTY)** (02/01/2005 to 12/11/2020)   [ Back to Summary ]
  Subdivision Name: **BISCAYNE POINT**
  Owner:
     BISPOINT LLC
  Purchase Date: **02/18/2004**
  Purchase Price: **$1,500,000**
  Assessed Value: **$2,230,841**
  Living Square Feet: **4,052**
  Land Square Feet: **12,150**

 **1895 NE 117TH RD, NORTH MIAMI FL 33181-3301 (MIAMI-DADE COUNTY)** (04/01/1999 to 12/02/2020)   [ Back to Summary ]
  Subdivision Name: **SANS SOUCI ESTATES**
  Owner:
     JEFFREY SLAVET
  Purchase Date: **03/17/1998**
  Purchase Price: **$325,000**
  Assessed Value: **$1,046,159**
  Living Square Feet: **3,188**
  Land Square Feet: **9,375**

 **5825 COLLINS AVE, MIAMI BEACH FL 33140-2216 (MIAMI-DADE COUNTY)** (03/14/2016 to 03/14/2016)   [ Back to Summary ]
  Owner:
     YESENIA FLORES [ View Person Record ]**(33)**
  Purchase Date: **04/25/2019**
  Purchase Price: **$100**
  Assessed Value: **$269,640**
  Living Square Feet: **1,323**

 **5825 COLLINS AVE APT 3G, MIAMI BEACH FL 33140-2202 (MIAMI-DADE COUNTY)** (11/01/2010 to 01/10/2011)   [ Back to Summary ]
  Subdivision Name: **CORINTHIAN CONDO**
  Address contains: **1 office, 125 apartments, 13 penthouses**
  Owner:
  Living Square Feet: **1,909**

**300 E 57TH ST APT 7B, NEW YORK NY 10022-2929 (NEW YORK COUNTY)** (07/01/2005 to 08/22/2005)   [ Back to Summary ]
  Address contains: **157 apartments, 3 front units, 4 penthouses**

 **2 WENDOVER RD, FOREST HILLS NY 11375-6060 (QUEENS COUNTY)** (06/01/2000 to 11/05/2003)   [ Back to Summary ]
  Owner:
     JAMES LEICHTUNG [ View Person Record ]
  Purchase Date: **03/16/2007**
  Purchase Price: **$1,350,000**
  Assessed Value: **$106,080**
  Land Square Feet: **2,419**