# EXHIBIT 11

**2020 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# F11000002636

**Entity Name:** XL FUNDING INC.

**FILED**
**Aug 24, 2020**
**Secretary of State**
**1777171710CC**

**Current Principal Place of Business:**

7980 BISCAYNE POINT CIRCLE
MIAMI BEACH, FL 33141

**Current Mailing Address:**

3500 SOUTH DUPONT HIGHWAY
DOVER, DE 19901

**FEI Number:** 56-2404396

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

ASTAFUROVA, SVETLANA
7980 BISCAYNE POINT CIRCLE
MIAMI BEACH, FL 33141 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ASTAFUROVA SVETLANA                                                                08/24/2020
                Electronic Signature of Registered Agent                                                              Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | D | Title | D |
| Name | FISCHER, ANDREW | Name | ASTAFUROVA, SVETLANA |
| Address | 7980 BISCAYNE POINT CIRCLE | Address | 7980 BISCAYNE POINT CIRCLE |
| City-State-Zip: | MIAMI BEACH FL 33141 | City-State-Zip: | MIAMI BEACH FL 33141 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ASTAFUROVA SVETLANA                    DIRECTOR                                08/24/2020
                Electronic Signature of Signing Officer/Director Detail                                              Date

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Foreign Profit Corporation
XL FUNDING INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | F11000002636 |
| **FEI/EIN Number** | 56-2404396 |
| **Date Filed** | 06/27/2011 |
| **State** | DE |
| **Status** | ACTIVE |
| **Last Event** | REINSTATEMENT |
| **Event Date Filed** | 11/29/2012 |

**Principal Address**

7980 BISCAYNE POINT CIRCLE
MIAMI BEACH, FL 33141

**Mailing Address**

3500 SOUTH DUPONT HIGHWAY
DOVER, DE 19901

**Registered Agent Name & Address**

Astafurova, Svetlana
7980 BISCAYNE POINT CIRCLE
MIAMI BEACH, FL 33141

Name Changed: 08/24/2020

**Officer/Director Detail**

**Name & Address**

Title D

FISCHER, ANDREW
7980 BISCAYNE POINT CIRCLE
MIAMI BEACH, FL 33141

Title D

ASTAFUROVA, SVETLANA
7980 BISCAYNE POINT CIRCLE
MIAMI BEACH, FL 33141

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2018 | 04/27/2018 |
| 2019 | 05/21/2019 |
| 2020 | 08/24/2020 |

**Document Images**

| | |
|---|---|
| 08/24/2020 -- ANNUAL REPORT | View image in PDF format |
| 05/21/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2018 -- ANNUAL REPORT | View image in PDF format |
| 05/15/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/25/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/13/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/07/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/13/2013 -- ANNUAL REPORT | View image in PDF format |
| 11/29/2012 -- REINSTATEMENT | View image in PDF format |
| 06/27/2011 -- Foreign Profit | View image in PDF format |