# EXHIBIT 12

**Subscribe now**  — Limited time offer

Please Sign In and use this article's on page print button to print this article.

BANKING & FINANCIAL SERVICES

# Miami Beach's Blackstone Apartments get $10M refinancing

Sep 1, 2011, 10:58am EDT

CB Richard Ellis has arranged $10 million in proceeds for the purpose of refinancing the debt on the Blackstone Apartments in Miami Beach.

Financing terms of the loan include a seven-year fixed-rate term, with two years interest only and a 70 percent loan-to-value ratio.

Christopher Apone, VP with CBRE Debt & Equity Finance – Institutional Group in South Florida, teamed with Charles J. Foschini and Christian R. Lee to arrange the financing through Freddie Mac on behalf of Blackstone Equities LLC.

"The Blackstone transaction provided Freddie Mac the opportunity to expand their loan portfolio and refinance an historic, landmark asset in the highly desirable South Beach submarket," Apone said in a statement. "The borrower was able to capitalize on historically low interest rates and very favorable terms currently available from Freddie Mac."

The apartment community, at 800 Washington Ave., is nested in a historic district in the heart of South Beach. The Blackstone Apartments were originally built in 1929 and were

fully renovated in 1987. The community comprises 130 units, of which 99 percent are leased.

CBRE Capital Markets is among the top three Freddie Mac sellers/servicers each year.

Case 1:21-mc-20544-RNS Document 1-13 Entered on FLSD Docket 02/09/2021 Page 5 of 6

Back to Top ▲

SOUTH FLORIDA **BUSINESS JOURNAL**

User Agreement  |  Privacy Policy

Your California Privacy Rights  |   |  Ad Choices

© 2021 American City Business Journals. All rights reserved. Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated 1/1/21) and Privacy Policy and Cookie Statement (updated 1/1/21). The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of American City Business Journals.