IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

In re Application of

LINDA FISCHER

                Applicant,

To Issue a Subpoena for the Taking of a Deposition and The Production of Documents.

## (PROPOSED) ORDER GRANTING LINDA FISCHER'S APPLICATION FOR JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

Upon consideration of the *Ex Parte* Application for Judicial Assistance to Obtain Evidence for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782, and the accompanying and supporting Declarations and exhibits annexed thereto, it is hereby **ORDERED** that:

1. The Application of Linda Fischer is granted.

2. The Applicant's request to conduct discovery including, but not limited to, for leave to serve subpoenas in substantially similar form as those attached as Exhibits 1-7 to the Declaration of Reed Brodsky is granted.

3. Nothing in this Order shall be construed to prevent or otherwise foreclose the Applicant from seeking modifications of this Order or leave of Court to serve any additional subpoenas on a person or entity.

Signed this \_\_\_\_ Day of _____, 2021

**SO ORDERED,**

_____
United States District Judge/Magistrate Judge