UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-20544-MC-SCOLA/GOODMAN

IN RE *EX PARTE* APPLICATION OF
LINDA FISCHER, PURSUANT TO 28 U.S.C. § 1782
FOR ORDER TO OBTAIN DISCOVERY FOR USE
IN A FOREIGN PROCEEDING.
_____/

**ORDER GRANTING LINDA FISCHER'S APPLICATION FOR
JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE FOR USE IN A
<u>FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782</u>**

Petitioner Linda Fischer filed an *ex parte* application for judicial assistance to authorize discovery for use in a foreign proceeding pursuant to 28 U.S.C. § 1782 and supporting memorandum of law. [ECF Nos. 1; 3]. United States District Judge Robert N. Scola referred all pre-trial, non-dispositive matters to the Undersigned in this case, which includes a determination on the § 1782 petition. [ECF No. 10]. Upon consideration of the *Ex Parte* Application for Judicial Assistance to Obtain Evidence for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782, and the accompanying and supporting Declarations and exhibits, it is **ORDERED** that:

1. The Application of Linda Fischer is granted.

2. The Applicant's request to conduct discovery including, but not limited to, for leave to serve subpoenas in substantially similar form as those attached as Exhibits 1-7 to the Declaration of Reed Brodsky, is granted.

3. Nothing in this Order shall be construed to prevent or otherwise foreclose the Applicant from seeking modifications of this Order or leave of Court to serve any additional subpoenas on a person or entity

**DONE AND ORDERED** in Chambers, in Miami, Florida, on March 11, 2021.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Robert N. Scola
All Counsel of Record