United States District Court
for the
Southern District of Florida

| | |
|---|---|
| *In re* Application of Linda Fischer, for Judicial Assistance to Obtain Evidence in this District under 28 U.S.C. § 1782 | Civil Action No. 21-20544-mc-Scola |

## Order Closing Case

The Court **referred** the Movant's application for judicial assistance to obtain evidence to Magistrate Judge Jonathan Goodman. Judge Goodman has granted the request (ECF No. 12) and it appears that resolves the entirety of this matter. The Court, therefore, directs the Clerk to **administratively close** this case.

**Done and ordered** in Miami, Florida, on October 1, 2021.

_____
Robert N. Scola, Jr.
United States District Judge